ELECTRONICALLY FILED 9/23/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: **ZD, LLC, A NEVADA LIMITED LIABILITY COMPANY** | **Case No.**  15-51013 |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  08/31/2015          **PETITION DATE:**          9/22/2015

1.  Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here
    the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
    Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $25,000 | n/a | |
| | b. Total Assets | $8,025,000 | n/a | $8,000,000 |
| | c. Current Liabilities | $0 | n/a | |
| | d. Total Liabilities | $4,049,101 | n/a | $4,049,101 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $0 | n/a | $0 |
| | b. Total Disbursements | $0 | n/a | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | n/a | $0 |
| | d. Cash Balance Beginning of Month | $0 | n/a | $0 |
| | e. Cash Balance End of Month (c + d) | $0 | n/a | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | n/a | |
| 6. | **Post-Petition Liabilities** | $0 | n/a | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | n/a | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. | Are a plan and disclosure statement on file? | | x |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.  Check if paid: Post-petition taxes ___ ;          U.S. Trustee Quarterly Fees ___ ; Check if filing is current for: Post-petition
     tax reporting and tax returns: ___ .
     (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return
     filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:    09/23/2015

Tatiana Golovina
Responsible Individual

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    08/31/15

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $0 | $0 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $0 | $0 |
| **Cash Disbursements** | | | |
| 13 | Selling | $0 | $0 |
| 14 | Administrative | $0 | $0 |
| 15 | Capital Expenditures | $0 | $0 |
| 16 | Principal Payments on Debt | $0 | $0 |
| 17 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 18 | Personal Property | $0 | $0 |
| 19 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | $0 | $0 |
| 21 | Draws | $0 | $0 |
| 22 | Commissions/Royalties | $0 | $0 |
| 23 | Expense Reimbursements | $0 | $0 |
| 24 | Other | $0 | $0 |
| 25 | Salaries/Commissions (less employee withholding) | $0 | $0 |
| 26 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 27 | Employee Withholding | $0 | $0 |
| 28 | Employer Payroll Taxes | $0 | $0 |
| 29 | Real Property Taxes | $0 | $0 |
| 30 | Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: | $0 | $0 |
| 32 | | | |
| 33 | | | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $0 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $0 | $0 |

Revised 1/1/98

**BALANCE SHEET**
(Small Real Estate/Individual Case)
**For the Month Ended** __08/31/15__

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | _____ | $0 |
| 2 | Accounts receivable (net) | _____ | $0 |
| 3 | Retainer(s) paid to professionals | _____ | $25,000 |
| 4 | Other: _____ | _____ | _____ |
| 5 | | _____ | _____ |
| 6 | **Total Current Assets** | | $25,000 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | $0 |
| 8 | Real property (rental or commercial) | _____ | $8,000,000 |
| 9 | Furniture, Fixtures, and Equipment | _____ | $0 |
| 10 | Vehicles | _____ | $0 |
| 11 | Partnership interests | _____ | $0 |
| 12 | Interest in corportations | _____ | $0 |
| 13 | Stocks and bonds | _____ | $0 |
| 14 | Interests in IRA, Keogh, other retirement plans | _____ | $0 |
| 15 | Other: _____ | _____ | _____ |
| 16 | _____ | _____ | _____ |
| 17 | **Total Long Term Assets** | | $8,000,000 |
| 18 | **Total Assets** | | $8,025,000 |
| | Liabilities | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | $0 |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | $0 |
| 21 | Post-petition delinquent taxes | | $0 |
| 22 | Accrued professional fees | | $0 |
| 23 | Other: _____ | | _____ |
| 24 | | | _____ |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | _____ |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $3,016,601 |
| 29 | Secured claims (other) | | _____ |
| 30 | Priority unsecured claims | | $750,000 |
| 31 | General unsecured claims | | $282,500 |
| 32 | **Total Pre-Petition Liabilities** | | $4,049,101 |
| 33 | **Total Liabilities** | | $4,049,101 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | $3,975,899 |
| 35 | **Total Liabilities and Equity (Deficit)** | | $8,025,000 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | **Description of Property** | 19320 State Route 89, Markleeville, CA 96120 | | |
| 2 | **Scheduled Gross Rents** | $0 | | |
|   | **Less:** | | | |
| 3 | **Vacancy Factor** | $0 | | |
| 4 | **Free Rent Incentives** | $0 | | |
| 5 | **Other Adjustments** | $0 | | |
| 6 | **Total Deductions** | $0 | $0 | $0 |
| 7 | **Scheduled Net Rents** | $0 | $0 | $0 |
| 8 | **Less:  Rents Receivable (2)** | | | |
| 9 | **Scheduled Net Rents Collected (2)** | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | **Bank** | Wells Fargo | | |
| 11 | **Account No.** | ████3395 | | |
| 12 | **Account Purpose** | Debtor in possesion | | |
| 13 | **Balance, End of Month** | $0 | | |
| 14 | **Total Funds on Hand for all Accounts** | $0 | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# Wells Fargo Business Choice Checking

Account number: ▓▓▓▓3395  ■  August 26, 2015 - August 31, 2015  ■  Page 1 of 3



ZD, LLC, A NV LIMITED LIABILITY CO
DEBTOR IN POSSESSION
CH 11 CASE #15-51013 (NV)
19320 STATE ROUTE 89
MARKLEEVILLE CA 96120-9510

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (825)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/business-plan-center.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

The Wells Fargo Mobile App is now available in Spanish!

You can securely manage your finances virtually anytime, anywhere in Spanish.
Once you have downloaded the latest version of the Wells Fargo Mobile® App from Google Play or the Apple App Store, go to Mobile Settings and set your language preference to Spanish.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/26 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 0.00 |
| **Closing balance on 8/26** | **$0.00** |

Account number: ▓▓▓▓3395

**ZD, LLC, A NV LIMITED LIABILITY CO
DEBTOR IN POSSESSION
CH 11 CASE #15-51013 (NV)**

*Nevada account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓0742

For Wire Transfers use
Routing Number (RTN): ▓▓▓0248

Account number: ████3395 ■ August 26, 2015 - August 31, 2015 ■ Page 2 of 3



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:  ████████3395  ■  August 26, 2015 - August 31, 2015  ■  Page 3 of 3



---

**General statement policies for Wells Fargo Bank**

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your            $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801